# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MICHAEL ALLEN FEATHERS                                    PLAINTIFF

v.                              No. 4:25-cv-1199-DPM

CHELSEA HAVELKA, L.P.N., Pulaski
County Detention Center                                  DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Moore's recommendation, *Doc. 4*, and overrules Feathers's objections, *Doc. 5.* Fed. R. Civ. P. 72(b)(3). The Court also notes his other filings, *Doc. 6 & 7.* Feathers's complaint will be dismissed without prejudice for lack of subject matter jurisdiction. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025