IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL ALLEN FEATHERS                                           PLAINTIFF

v.                      No. 4:25-cv-1199-DPM

CHELSEA HAVELKA, L.P.N., Pulaski
County Detention Center                                      DEFENDANT

## JUDGMENT

Feathers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025